■ Town of Amherst et al., Respondents, v Arthur Hilger et al., Appellants, et al., Defendant. (Appeal No. 2.) [967 NYS2d 864]—Motion for reargument denied. Present—Smith, J.P., Fahey, Valentino and Whalen, JJ.

■ Georgetown Capital Group, Inc., et al., Respondents, v Everest National Insurance Company, Appellant, et al., Defendant. [967 NYS2d 862]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Valentino, JJ.

■ Maria L. Jaoude, Appellant, v Matthew E. Hannah, L.P., et al., Respondents. (Appeal No. 1.) [967 NYS2d 864]— Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Carni, Sconiers and Whalen, JJ.

■ Maria L. Jaoude, Appellant, v Matthew E. Hannah, L.P., et al., Respondents (Appeal No. 2.) [967 NYS2d 864]— Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Carni, Sconiers and Whalen, JJ.

■ Niesha Haynes, Appellant, v Kaleida Health et al., Respondents. [967 NYS2d 864]—Motion for reargument denied. Present—Scudder, P.J., Centra, Lindley and Sconiers, JJ.

■ In the Matter of Merry-Go-Round Playhouse, Inc., Appellant, v Assessor of City of Auburn et al., Respondents. [967 NYS2d 862]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Sconiers, Valentino and Whalen, JJ.

■ Johnny Watson, Appellant, v Salvatore Priore et al., Defendants, and Steven A. Abdoo et al., Respondents. (Appeal No. 3.) [967 NYS2d 864]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Carni, Lindley and Whalen, JJ.

■ Johnny Watson, Appellant-Respondent, v Salvatore Priore et al., Defendants, Livingston Weston, et al., Respondents-Appellants, and Steven A. Abdoo et al., Respondents. (Appeal No. 1.) [967 NYS2d 864]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Carni, Lindley and Whalen, JJ.

■ Johnny Watson, Appellant, v Salvatore Priore et al., Defendants, and Steven A. Abdoo et al., Respondents. (Appeal

No. 2.) [967 NYS2d 864]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Carni, Lindley and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER SHARP, Appellant. [967 NYS2d 864]—Motion for reargument denied. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

■ JOSEPH C. HALE, Appellant, v MEADOWOOD FARMS OF CAZENOVIA, LLC, et al., Respondents. (Appeal No. 1.) [967 NYS2d 864]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFFORD GRAHAM, Appellant. [967 NYS2d 864]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Fahey, Carni and Whalen, JJ.

(June 14, 2013)

■ NIKKI PAGAN, Respondent-Appellant, v FRANK RAFTER, Appellant-Respondent. [969 NYS2d 265]—

Appeal and cross appeal from an order of the Supreme Court, Oneida County (Norman I. Siegel, A.J.), entered June 11, 2012. The order, inter alia, denied the cross motion of defendant for summary judgment.

It is hereby ordered that said cross appeal from the order insofar as it denied that part of the motion seeking to preclude defendant from presenting evidence of factors other than lead poisoning that may have contributed to plaintiff's injuries is unanimously dismissed and the order is modified on the law by granting the cross motion in part and dismissing the first cause of action and as modified the order is affirmed without costs.

Memorandum: Plaintiff commenced this action seeking damages for injuries he sustained as a result of his exposure to lead paint as a child. The exposure allegedly occurred when plaintiff resided in an apartment rented by his mother from defendant